Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.:  21−15285−CMG
        Chapter:  13
        Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Mayella K Luna
   50 Saint Andrews Court
   Lakewood, NJ 08701

Social Security No.:
   xxx−xx−5474

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/4/21.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: November 4, 2021
JAN: dmi

                                    Jeanne Naughton
                                    Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Mayella K Luna  
    Debtor

Case No. 21-15285-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Nov 04, 2021      Form ID: 148      Total Noticed: 38

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mayella K Luna, 50 Saint Andrews Court, Lakewood, NJ 08701-4447 |
| 519248520 | | Barnabas Health Medical Group, PO Box 826504, Philadelphia, PA 19182-6404 |
| 519301604 | + | CIT Bank, N.A., c/o LoanCare LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 519248522 | + | Celentano, Stadtmauer, & Walentowicz, 1035 Route 46 East, Suite B208, Clifton, NJ 07013-2469 |
| 519267661 | | Deutsche Bank National Trust Company c/o, SPS PO Box 65250, Salt Lake City, UT 84165-0250 |
| 519248529 | + | Fed Loan Serv, Pob 60610, Harrisburg, PA 17106-0610 |
| 519272214 | + | Jersey Shore University Medical Center, c/o Celentano, Stadtmauer & Walentowicz, 1035 Route 46 East Suite 208B, PO Box 2594, Clifton, NJ 07015-2594 |
| 519248533 | + | LoanCare, LLC, P.O. Box 37628, Philadelphia, PA 19101-0628 |
| 519248534 | + | Medical Radiology Group PA, PO Box 11268, Lancaster, PA 17605-1268 |
| 519248535 | + | Meridian Pesa Surgery Assoc., PO Box 416925, Boston, MA 02241-6925 |
| 519248537 | + | New Jersey Division of Taxation, P.O. Box 046, Trenton, NJ 08646-0046 |
| 519248538 | + | Oportun/progreso Finan, 1600 Seaport Blvd, Redwood City, CA 94063-5577 |
| 519248539 | + | Pathline Emerge Innovative Pathology, PO Box 78118, Philadelphia, PA 19178-0001 |
| 519248541 | + | Radius Global Solutions LLC, PO Box 390846, Minneapolis, MN 55439-0846 |
| 519248542 | | Schweiger Dermatology, PO Box 2870, Long Island City, NY 11101 |
| 519248543 | + | Select Portfolio Svcin, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-5007 |
| 519280400 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 04 2021 20:29:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 04 2021 20:29:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: CHRM.COM | Nov 05 2021 00:28:00 | Santander Consumer USA Inc., d/b/a Chrysler Capita, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 519248521 | + | EDI: CITICORP.COM | Nov 05 2021 00:28:00 | Best Buy/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 519259705 | + | EDI: CHRM.COM | Nov 05 2021 00:28:00 | CHRYSLER CAPITAL, P.O. BOX 961275, FORT WORTH, TX 76161-0275 |
| 519255395 | + | EDI: AISACG.COM | Nov 05 2021 00:28:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519248523 | + | EDI: CHRM.COM | Nov 05 2021 00:28:00 | Chrysler Capital, Po Box 961212, Fort Worth, TX 76161-0212 |
| 519248524 | + | EDI: WFNNB.COM | Nov 05 2021 00:28:00 | Comenitybank/ny&co, Po Box 182789, Columbus, OH 43218-2789 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 519248525 | + | EDI: WFNNB.COM | Nov 05 2021 00:28:00 | Comenitybank/victoria, Po Box 182789, Columbus, OH 43218-2789 |
| 519248526 | + | Email/Text: ebn@rwjbh.org | Nov 04 2021 20:29:00 | Community Medical Center, PO Box 39969, New York, NY 10087-0001 |
| 519248527 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 04 2021 20:32:03 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 519248528 | + | EDI: DISCOVER.COM | Nov 05 2021 00:28:00 | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 519248531 | | EDI: IRS.COM | Nov 05 2021 00:28:00 | Internal Revenue Service, 44 South Clinton Ave., Trenton, NJ 08601 |
| 519292395 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 04 2021 20:32:11 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519248536 | + | Email/Text: ebn@rwjbh.org | Nov 04 2021 20:29:00 | Monmouth Medical Center, PO Box 29965, New York, NY 10087-9965 |
| 519282474 | | EDI: PRA.COM | Nov 05 2021 00:28:00 | Portfolio Recovery Associates, LLC, c/o One Main Financial, POB 41067, Norfolk VA 23541 |
| 519248540 | + | EDI: PRA.COM | Nov 05 2021 00:28:00 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 519256197 | | EDI: Q3G.COM | Nov 05 2021 00:28:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519295234 | | EDI: Q3G.COM | Nov 05 2021 00:28:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519252679 | + | EDI: RMSC.COM | Nov 05 2021 00:28:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519294513 | + | EDI: AIS.COM | Nov 05 2021 00:28:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519248532 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, P.O. Box 9052, Andover, MA 01810 |
| 519248530 | *+ | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 06, 2021    Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Albert Russo | docs@russotrustee.com |
| Douglas J. McDonough | on behalf of Creditor Deutsche Bank National Trust Company as trustee, on behalf of the holders of the Impac Secured Assets Corp., Mortgage Pass-Through Certificates Series 2006-4 DMcDonough@flwlaw.com |
| John R. Morton, Jr. | on behalf of Creditor Santander Consumer USA Inc. d/b/a Chrysler Capital ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| Lauren Moyer | on behalf of Creditor CIT Bank N.A. nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Marisa Myers Cohen | on behalf of Creditor CIT Bank N.A. nj-ecfmail@mwc-law.com, jhillier@mwc-law.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Yakov Rudikh | on behalf of Debtor Mayella K Luna rudikhlawgroup@gmail.com rudikhlawgroup@gmail.com;yrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com |

TOTAL: 7